AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC.; ADAM MARANI; HOOTER PATROL IV, LLC; and DROSTE NOT, INC  <br> *Plaintiff(s)* <br> v. <br> DAN MICHAELS; MICHAEL S. OLIN, P.A., and UNITED STATESOF AMERICA, on behalf of the DEPARTMENT OF TREASURY and INTERNAL REVENUE <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  0:15-cv-62440-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dan Michaels
333 Sherbrooke Street, Unit 903
Montreal, Quebec, Canada
H2X 1E3


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Krista Fowler Acuña, Esq.
The Chartwell Law Offices, LLP
200 S. Biscayne Blvd., Suite 300
Miami, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Nov 20, 2015

Steven M. Larimore
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC.; ADAM MARANI; HOOTER PATROL IV, LLC; and DROSTE NOT, INC | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  0:15-cv-62440-BB |
| DAN MICHAELS; MICHAEL S. OLIN, P.A., and UNITED STATESOF AMERICA, on behalf of the DEPARTMENT OF TREASURY and INTERNAL REVENUE | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael S. Olin, P.A.
c/o Michael S. Olin, Esq.
169 E. Flagler Street, Suite 1224
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Krista Fowler Acuña, Esq.
The Chartwell Law Offices, LLP
200 S. Biscayne Blvd., Suite 300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**



Date:  Nov 20, 2015

Steven M. Larimore
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts